UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
TIRSON RIVERA, *et al.*,                                     :
:
Plaintiffs,                                                  :
:                               25-CV-1348 (VSB)
-against-                                                    :
:                               **ORDER**
LIVUNLTD LLC,                                                :
:
Defendants.                                                  :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiffs filed this action on February 14, 2025, (Doc. 1), and filed an affidavit of service on May 6, 2025, (Doc. 11). The deadline for Defendant to respond to Plaintiffs' complaint was May 2, 2025. (*See* Doc. 11.) To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 2, 2025. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 19, 2025
             New York, New York

                                                                                              _____
                                                                           VERNON S. BRODERICK
                                                                           United States District Judge